# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES CELLULAR CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 6:12-cv-00180-LED<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff IPVX Patent Holdings, Inc. and United States Cellular Corporation hereby stipulate to dismiss this action with prejudice and with each party to bear its own costs and attorneys' fees.

Stipulated on August 10, 2012.

| IPVX PATENT HOLDINGS, INC. | UNITED STATES CELLULAR CORPORATION |
|---|---|
| By one of its attorneys,<br><br>  /s/ S. Calvin Capshaw_____<br><br>S. Calvin Capshaw, III<br>State Bar No. 03783900<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647<br>Telephone: (903)-233-4826<br>Facsimile: (903)-236-8787<br>Email:  ccapshaw@capshawlaw.com<br><br>*Of Counsel:*<br><br>Pierre R. Yanney<br>State Bar No. 033391993<br>Email: pyanney@stroock.com<br>William J. Seymour<br>State Bar No. 4770665<br>Email: wseymour@stroock.com<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, N.Y. 10038<br>Tel: (212) 806-5400<br>Fax: (212) 806-6006 | By one of its attorneys,<br><br>*/s/ Steve Malin (with permission)*_____<br><br>Steve Malin, SBN 12859750<br>smalin@sidley.com<br>Demarron A. Berkley, SBN 24050287<br>dberkley@sidley.com<br>Sidley Austin LLP<br>717 North Harwood,<br>Suite 3400<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br><br>Richard J. O'Brien, SBN 3125248<br>robrien@sidley.com<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendant and this Stipulation is agreed.

                                                     */s/ S. Calvin Capshaw*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document this 10th day of August, 2012, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                     /s/ *S. Calvin Capshaw*